WILLIAM H. THOMPSON, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Thompson* v. *Metropolitan Life Ins. Co.,* 128 App. Div. 420, affirmed (Argued March 29, 1910; decided April 26, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1908, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action .to recover upon a policy of life insurance.

*John L. Hunter* for appellant.

*P. McLaughlin* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.

---

MORRIS C. MENGIS, Respondent, *v.* FREDERICK LUNDY et al., Appellants.

*Mengis* v. *Lundy,* 128 App. Div. 889, affirmed. (Argued March 29, 1910; decided April 26, 1910.)

APPEAL from a judgment entered January 25, 1909, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel the defendants to account for and share with the plaintiff alleged profits arising from a sale of real estate.

*C. Walter Randall* for appellants.

*Eugene V. Brewster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.